UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**ROBERT STEPHENSON,**

    Plaintiff,

v.

**UNIVERSITY OF MICHIGAN, UNIVERSITY OF MICHIGAN BOARD OF REGENTS** and **LAURIE MCCAULEY**, University of Michigan Provost and Executive Vice President for Academics Affairs, **PATRICIA HURN**, Dean of the University of Michigan School of Nursing, and **ROBERT PLOUTZ-SNYDER**, Assistant Dean of Research and Scholarship for the University of Michigan School of Nursing, *sued in their personal and official capacities*,

    Defendants.

Case No. 23-cv-11876

Hon. Mark A. Goldsmith

_____/

| | |
|---|---|
| **NACHTLAW, P.C.**<br>By:   **David A. Nacht (P47034)**<br>501 Avis Drive<br>Suite 3<br>Ann Arbor, Michigan  48108<br>(734) 663-7550<br>**Attorneys for Plaintiff** | **BUTZEL LONG**<br>By:   **Daniel B. Tukel (P34978)**<br>201 W. Big Beaver Road<br>Suite 1200<br>Troy, Michigan  48084<br>(248) 258-1616<br>**Attorneys for Defendants** |

_____/

**STIPULATED ORDER MODIFYING INITIAL DISCLOSURE
<u>SCHEDULING ORDER DATE</u>**

In accordance with the stipulation of the parties, the Court being informed that defense counsel will be out-of-town from January 26 – February 4 and being otherwise fully advised in the premises;

**IT IS HEREBY ORDERED** that the date for initial disclosures, currently set for February 1, 2024, is extended to and including March 1, 2024. In all other regards the December 28, 2023, Case Management and Scheduling Order remains in effect.

**SO ORDERED**.

Dated: January 4, 2024                    s/Mark A. Goldsmith
                                          Mark A. Goldsmith
                                          United States District Court

I STIPULATE TO THE ENTRY OF
THE ABOVE ORDER:

| | |
|---|---|
| s/ with the consent of<br>David A. Nacht<br>101 N. Main Street<br>Suite 555<br>Ann Arbor, Michigan 48104<br>(734) 663-7550<br>dnacht@nachtlaw.com<br>(P47034) | s/ Daniel B. Tukel<br>201 W. Big Beaver Road<br>Suite 1200<br>Troy, Michigan 48084<br>(248) 258-1616<br>tukel@butzel.com<br>(P34978) |